IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard G. Reiger | ) | |
| Dana A. Reiger, | ) | Case No. 18-20382 |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Richard G. Reiger, | ) | Document No. WO-1 |
| Social Security No. XXX-XX- 8573 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Hanger, Inc. and Ronda J. Winnecour, | ) | |
| Trustee | ) | |
| *Respondents* | ) | |

## MOTION FOR ORDER TO PAY TRUSTEE
## PURSUANT TO WAGE ATTACHMENT

Richard G. Reiger, the Debtor, respectfully represents as follows:

1. A Chapter 13 case was filed on February 1, 2018.
2. It appears that the Debtor receives regular income, which may be attached under 11 USC Section 1326 to fund the Chapter 13 plan.
3. The likelihood of success in the case will be much greater if the Debtor's income is attached to fund the plan.

WHEREFORE, Richard G. Reiger, the Debtor, respectfully requests that this Court enter an Order to Pay Trustee in the form attached.

Respectfully submitted,

February 28, 2018
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965