IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard G. Reiger | ) | |
| Dana A. Reiger, | ) | Case No. 18-20382 |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Richard G. Reiger, | ) | Document No. WO-1 |
| Social Security No. XXX-XX- 8573 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Hanger, Inc. and Ronda J. Winnecour, | ) | |
| Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 6, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Hanger, Inc.
Attn: Payroll Dept.
10910 Domain Drive, Suite 300
Austin, TX 78758

Date of Service:     March 6, 2018     /s/ Kenneth Steidl
                                       Kenneth Steidl, Esquire
                                       STEIDL & STEINBERG
                                       28th Floor, Gulf Tower
                                       707 Grant Street
                                       Pittsburgh, PA 15219
                                       (412) 391-8000
                                       ken.steidl@steidl-steinberg.com