IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Richard G. Reiger ) | Case No. 18-20382 |
| Dana A. Reiger, ) | Chapter 13 |
|    *Debtors* ) | |
| ) | Document No. WO-1 |
| Richard G. Reiger, ) | |
| Social Security No. XXX-XX-2140 ) | |
|    *Movant* ) | |
| ) | |
|         *vs.* ) | |
| ) | |
| Hanger, Inc. and Ronda J. Winnecour, ) | |
| Trustee ) | |
|    *Respondents* ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 13, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Hanger, Inc.
Attn: Payroll Dept.
10910 Domain Drive, Suite 300
Austin, TX 78758

Date of Service:    March 13, 2018    /s/ Kenneth Steidl
                                                                                     Kenneth Steidl, Esquire
                                                                                     STEIDL & STEINBERG
                                                                                     28th Floor, Gulf Tower
                                                                                     707 Grant Street
                                                                                     Pittsburgh, PA 15219
                                                                                     (412) 391-8000
                                                                                     ken.steidl@steidl-steinberg.com