IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard G. Reiger | ) | |
| Dana A. Reiger, | ) | Case No. 18-20382 |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Richard G. Reiger, | ) | Document No. WO-1 |
| Social Security No. XXX-XX- 8573 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | Related to Document No. 51 |
| Hanger, Inc. and Ronda J. Winnecour, | ) | |
| Trustee | ) | |
| *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 8, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Hanger, Inc.
Attn: Payroll Dept.
10910 Domain Drive, Suite 300
Austin, TX 78758

Richard G. Reiger
311 Blaze Drive
Glenshaw, PA 15116

Date of Service:    August 8, 2018        /s/ Kenneth Steidl
                                          Kenneth Steidl, Esquire
                                          STEIDL & STEINBERG
                                          28th Floor, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          ken.steidl@steidl-steinberg.com