# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# WITHDRAWAL OF AMENDED CLAIM 13-2 ONLY

| | |
|---|---|
| Debtor(s) Name: | Richard G Reiger<br>Dana A Reiger |
| Case Number: | 18-20382 |
| Court Claim Number: | 13-2 |
| Date Claim Filed: | 1/24/2019 |
| Creditor Name and Address: | Department Stores National Bank<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Total Amount of Claim Filed: | $1979.78 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Signed by:   **/s/ Jessi White**           Dated: **2/20/2019**
Authorized agent for Creditor

Print Name: Jessi White