UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                                                    CASE NO.: 18-20382-JAD

**Richard G. Reiger**                                                          CHAPTER 13

**Dana A. Reiger**
**fdba Elegant Distributing**
              **Debtors.**

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of LOANCARE, LLC and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097


RAS CRANE, LLC.

By: /s/Lauren B. Karl
    Lauren B. Karl, Esquire
    PA Bar Number 88209
    PO Box 305
    Ingomar, PA 15127
    Telephone: 973-575-0707 x 340
    Facsimile: 973-404-8886
    Email: lkarl@rascrane.com