**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-20382-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Richard G. Reiger<br>311 Blaze Drive<br>Glenshaw PA 15116 | Dana A. Reiger<br>311 Blaze Drive<br>Glenshaw PA 15116 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/28/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | LoanCare, LLC<br>P.O. Box 8068<br>Virginia Beach, VA 23450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/31/19                                      Michael R. Rhodes
                                                      **CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard G. Reiger
Dana A. Reiger
     Debtors

Case No. 18-20382-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam    Page 1 of 1    Date Rcvd: May 29, 2019
                       Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14781466      E-mail/Text: bankruptcy.bnc@ditech.com May 30 2019 03:16:20
     Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
     Rapid City, South Dakota 57709-6154
                                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
        James   Warmbrodt   on behalf of Creditor   SELECT PORTFOLIO SERVICING as servicer for ABS REO Trust V bkgroup@kmllawgroup.com
        James   Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        James   Warmbrodt   on behalf of Creditor   ABS REO Trust V bkgroup@kmllawgroup.com
        Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor   North Hills School District jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor   Ross Township jhunt@grblaw.com, cnoroski@grblaw.com
        Jerome B. Blank   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com
        Kenneth   Steidl   on behalf of Debtor Richard G. Reiger julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Kenneth   Steidl   on behalf of Joint Debtor Dana A. Reiger julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Lauren Berschler Karl   on behalf of Creditor   LOANCARE, LLC lkarl@rascrane.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                                                                      TOTAL: 14