**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Richard G. Reiger and Dana A. Reiger fdba Elegant Distributing<br><br>                                    Debtors | Chapter: 13<br><br>Bankruptcy No.: 18-20382-JAD<br><br>11 U.S.C. § 362 |

J.P. Morgan Mortgage Acquisition Corp.

                                                    Movant

                            vs.

Richard G. Reiger and Dana A. Reiger fdba Elegant Distributing

                                                    Debtors

                            and

Ronda J. Winnecour, Esquire

                                                    Trustee

                            RESPONDENTS

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)**

To the Debtors, Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, J.P. Morgan Mortgage Acquisition Corp., its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that s/he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices give or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

01874-1/AF

<u>MAIL TO:</u>
115 West Avenue, Suite 104
Jenkintown, PA 19046

Respectfully submitted,

<u>/s/ Michael Clark</u>
Richard M. Squire, Esq. (PA I.D. # 04267)
M. Troy Freedman, Esq. (PA I.D. # 85165)
Michael J. Clark, Esq. (PA I.D. # 202929)
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com

Dated: August 25, 2021

01874-1/AF

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Richard G. Reiger and Dana A. Reiger fdba Elegant Distributing<br><br>Debtors | Chapter: 13<br><br>Bankruptcy No.: 18-20382-JAD<br><br>11 U.S.C. § 362 |

J.P. Morgan Mortgage Acquisition Corp.

                                        Movant

                          vs.

Richard G. Reiger and Dana A. Reiger fdba Elegant Distributing

                                        Debtors

                        and

Ronda J. Winnecour, Esquire

                                        Trustee

                                RESPONDENTS

**CERTIFICATE OF SERVICE**

        I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance and Request for Notice(s) electronically and/or via First Class Mail, postage prepaid.

Date Served: <u>August 25, 2021</u>

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

United States Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dana A. Reiger
311 Blaze Drive
Glenshaw, PA 15116

Richard G. Reiger
311 Blaze Drive
Glenshaw, PA 15116

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

01874-1/AF

I hereby certify the foregoing to be true and correct under penalty of perjury.

Respectfully submitted,

/s/ Michael Clark
Richard M. Squire, Esq. (PA I.D. # 04267)
M. Troy Freedman, Esq. (PA I.D. # 85165)
Michael J. Clark, Esq. (PA I.D. # 202929)
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com

01874-1/AF