# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/04/2022

IN RE:

RICHARD G. REIGER                              Case No.18-20382 JAD
DANA A. REIGER
311 BLAZE DRIVE                                Chapter 13
GLENSHAW,  PA  15116
XXX-XX-2140          Debtor(s)

XXX-XX-0355

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/4/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  8388 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA 23541 | COMMENT:  LEVIN FURNITURE/PRAE | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  DITECH/PRAE | |

| | | |
|---|---|---|
| **ABS REO TRUST V** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SVCNG INC(*) - SVCR | Court Claim Number:24 | ACCOUNT NO.:  3655 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84115 | COMMENT:  PMT/DECL*DKT4LMT*2ND/SCH*FR BOA-DOC 56*DK | |

| | | |
|---|---|---|
| **JPMORGAN MORTGAGE ACQUISITION CORP** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O RUSHMORE LOAN MANAGEMENT SVCS | Court Claim Number:5 | ACCOUNT NO.:  1078 |
| PO BOX 52708 | | |
| | CLAIM:  0.00 | |
| IRVINE, CA  92619-2708 | COMMENT:  CL5GOV*PMT/CL-PL*625.59x(60+2)=LMT*BGN 3/18*FR DITECH-DOC 63*FR LOANCA | |

| | | |
|---|---|---|
| **NORTH HILLS SD (ROSS) (RE)** | Trustee Claim Number:5   INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC- DLNQ CLLCTR | Court Claim Number:7 | ACCOUNT NO.:  9F10 |
| 102 RAHWAY RD | | |
| | CLAIM:  2,087.57 | |
| MCMURRAY, PA  15317 | COMMENT:  519-F-10;THRU 2/1/18*CL7GOVS*2661.64 TTL@10%/PL@2017*WNTS 10%*W/28 | |

| | | |
|---|---|---|
| **AMERICAN EXPRESS CENTURION BNK** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:11 | ACCOUNT NO.:  1009 |
| POB 3001 | | |
| | CLAIM:  16,636.21 | |
| MALVERN, PA  19355-0701 | COMMENT: | |

| | | |
|---|---|---|
| **AMERICAN EXPRESS CENTURION BNK** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:12 | ACCOUNT NO.:  1007 |
| POB 3001 | | |
| | CLAIM:  15,273.55 | |
| MALVERN, PA  19355-0701 | COMMENT: | |

| | | |
|---|---|---|
| **CITIBANK/UNIVERSAL CARD SVCS**++** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4740 121ST ST | Court Claim Number: | ACCOUNT NO.:  2657 |
| | CLAIM:  0.00 | |
| URBANDALE, IA  50323 | COMMENT: | |

| | | |
|---|---|---|
| **CITIBANK NA**** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number: | ACCOUNT NO.:  5959 |
| | CLAIM:  0.00 | |
| LOUISVILLE, KY  50325-3439 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:3 | ACCOUNT NO.:  9873 |
| PO BOX 3025 | | |
| | CLAIM:  13,987.76 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.:  2149 |
| PO BOX 3025 | | |
| | CLAIM:  12,806.41 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:19 | ACCOUNT NO.:  3460 |
| | CLAIM:  4,252.31 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  4601/SCH*SYNCHRONY BANK/JCP | |

| | | |
|---|---|---|
| **CAPITAL ONE NA**\*\* | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:20 | ACCOUNT NO.:  8181 |
| PO BOX 3001 | | |
| | CLAIM:  3,245.79 | |
| MALVERN, PA  19355-0701 | COMMENT:  KOHL'S | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:17 | ACCOUNT NO.:  8388 |
| | CLAIM:  1,513.79 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  SYNCHRONY BANK/LEVIN FURNITURE | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CITIBANK NA\*\* | Court Claim Number:13 | ACCOUNT NO.:  8750 |
| PO BOX 657 | | |
| | CLAIM:  1,979.78 | |
| KIRKLAND, WA  98083-0657 | COMMENT:  MACY'S*W/39*DK! | |

| | | |
|---|---|---|
| **MARLENE A BRIDGE** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O TARASI & TARASI PC | Court Claim Number:16-2 | ACCOUNT NO.: |
| 510 THIRD AVE | | |
| | CLAIM:  137,874.80 | |
| PITTSBURGH, PA  15219 | COMMENT:  PURCHASE OF BUSINESS*CONFESSION OF JDGMT*AMD*DK | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:18 | ACCOUNT NO.:  1587 |
| | CLAIM:  2,277.49 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  SYNCHRONY BANK/SAM'S CLUB | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:26 | ACCOUNT NO.:  2163 |
| | CLAIM:  3,664.53 | |
| NORFOLK, VA  23541 | COMMENT:  CITIBANK/SEARS | |

| | | |
|---|---|---|
| **TD BANK USA NA**\*\* | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:25 | ACCOUNT NO.:  5023 |
| PO BOX 3978 | | |
| | CLAIM:  15,950.64 | |
| SEATTLE, WA  98124 | COMMENT:  TARGET/SCH | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:22 | ACCOUNT NO.:  2140 |
| PO BOX 1123 | | |
| | CLAIM:  256.25 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  1092/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:21 | ACCOUNT NO.:  0355 |
| PO BOX 1123 | | |
| | CLAIM: 185.30 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  1089/SCH | |

| | | |
|---|---|---|
| **ALLY BANK LEASE TRUST** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O ALLY SERVICING LLC | Court Claim Number:4 | ACCOUNT NO.:  1544 |
| PAYMENT PROCESSING CENTER | | |
| PO BOX 78367 | CLAIM: 19,736.40 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  PMT/CONF@33REM/CONF+ 608.61~ARRS/CONF*ALLY FNNCL/SCH G | |

| | | |
|---|---|---|
| **AMERICAN HONDA FINANCE CORP*** | Trustee Claim Number:23  INT %:  9.75% | CRED DESC:  VEHICLE |
| NATIONAL BANKRUPTCY CENTER | Court Claim Number:1 | ACCOUNT NO.:  0476 |
| POB 168088 | | |
| | CLAIM: 18,516.14 | |
| IRVING, TX  75016-8088 | COMMENT:  CL1GOV*19165.05@6%/PL@PMT/CL-PL~910/CL*HONDA FINANCIAL SVCS/SCH | |

| | | |
|---|---|---|
| **JPMORGAN MORTGAGE ACQUISITION CORP** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O RUSHMORE LOAN MANAGEMENT SVCS | Court Claim Number:5 | ACCOUNT NO.:  1078 |
| PO BOX 52708 | | |
| | CLAIM: 1,251.18 | |
| IRVINE, CA  92619-2708 | COMMENT:  CL5GOV*$0 ARRS/PL*THRU 2/18*FR DITECH-DOC 63*FR LOANCARE-DOC 78 | |

| | | |
|---|---|---|
| **CREDITOR INFORMATION MISSING OR VAGUE** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| NEED VERIFICATION | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| | COMMENT:  6800@400MO/PL*LEASE PLACEHOLDER~DK! | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  /PRAE | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:27  INT %:  12.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:6 | ACCOUNT NO.:  9F10 |
| POB 200 | | |
| | CLAIM: 496.65 | |
| BETHEL PARK, PA  15102 | COMMENT:  519-F-10;18*CL6GOVS*NT/SCH-PL*WNTS 12%*2018/CL*NTC-RSV | |

| | | |
|---|---|---|
| **NORTH HILLS SD (ROSS) (RE)** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC- DLNQ CLLCTR | Court Claim Number:7 | ACCOUNT NO.:  9F10 |
| 102 RAHWAY RD | | |
| | CLAIM: 444.44 | |
| MCMURRAY, PA  15317 | COMMENT:  519-F-10;THRU 2/1/18*NON%*CL7GOVS*2661.64 TTL@10%@2017*W/5 | |

| | | |
|---|---|---|
| **TOWNSHIP OF ROSS - SEWAGE** | Trustee Claim Number:29  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:8 | ACCOUNT NO.:  9F10 |
| 102 RAHWAY RD | | |
| | CLAIM: 888.02 | |
| MCMURRAY, PA  15317 | COMMENT:  519-F-10;THRU 2/1/18*CL8GOVS*NT/SCH-PL*WNTS 10% | |

| | | |
|---|---|---|
| **TOWNSHIP OF ROSS (RE)** | Trustee Claim Number:30  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DLNQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.:  9F10 |
| 102 RAHWAY RD | | |
| | CLAIM: 332.10 | |
| MCMURRAY, PA  15317 | COMMENT:  519-F-10;17*CL9GOVS*NT/SCH-PL*WNTS 10%*W/31 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **TOWNSHIP OF ROSS (RE)** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DLNQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.:  9F10 |
| 102 RAHWAY RD | | |
| | CLAIM:  57.25 | |
| MCMURRAY, PA  15317 | COMMENT:  519-F-10;17*NON%*CL9GOVS*NT/SCH-PL*W/30 | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:10 | ACCOUNT NO.:  5782 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  351.93 | |
| PITTSBURGH, PA  15212 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:14 | ACCOUNT NO.:  0001 |
| | CLAIM:  77.91 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT/SCH*LAST TRANSACTION 2/25/18 | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:15 | ACCOUNT NO.:  7344 |
| | CLAIM:  301.37 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:23 | ACCOUNT NO.:  0622 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  160.15 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **ABS REO TRUST V** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG INC(*) - SVCR | Court Claim Number:24 | ACCOUNT NO.:  3655 |
| PO BOX 65450 | | |
| | CLAIM:  303.97 | |
| SALT LAKE CITY, UT  84115 | COMMENT:  CL24GOVS*$0/PL*THRU 1/18*FR BOA-DOC 56 | |

| | | |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| C/O PMB SSS ACQUISITION | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 8990 | | |
| | CLAIM:  0.00 | |
| TURNERSVILLE, NJ  08012-8990 | COMMENT:  BOA/PRAE | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:13-2 | ACCOUNT NO.:  8750 |
| PO BOX 657 | | |
| | CLAIM:  0.00 | |
| KIRKLAND, WA  98083-0657 | COMMENT:  IMPROPER AMD CL 13-2 @ 1979.78 W/DRAWN-DOC 61*W/15 | |

| | | |
|---|---|---|
| **RAS CRANE LLC** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 10700 ABOTT'S BRIDGE RD STE 170 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| DULUTH, GA  30097 | COMMENT:  LOANCARE/PRAE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **RICHARD M SQUIRE & ASSOCIATES** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 115 WEST AVENUE STE 104 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| JENKINTOWN, PA  19046 | COMMENT:  JPMORGAN/PRAE | |