UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/14/23 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　RICHARD G. REIGER<br>DANA A. REIGER<br>　　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　　vs.<br>　RICHARD G. REIGER<br>DANA A. REIGER<br><br>　　　　Respondents | Case No.18-20382JAD<br><br>Chapter 13<br><br>Related to ECF No. 92 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 14th   day of    February,  2023,     it is hereby ORDERED, ADJUDGED, and DECREED that,

Hanger<br>
Attn: Payroll Manager<br>
10910 Domain Dr Ste 300<br>
Austin,TX 78758

is hereby ordered to immediately terminate the attachment of the wages of RICHARD G. REIGER, social security number XXX-XX-2140.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RICHARD G. REIGER.

BY THE COURT:

_____
JEFFERY A. DELLER        jah
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20382-JAD |
| Richard G. Reiger | Chapter 13 |
| Dana A. Reiger | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard G. Reiger, Dana A. Reiger, 311 Blaze Drive, Glenshaw, PA 15116-1011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING as servicer for ABS REO Trust V bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor ABS REO Trust V bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor ABS Loan Trust V bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | |

Case 18-20382-JAD    Doc 94    Filed 02/16/23    Entered 02/17/23 00:27:45    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor North Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Ross Township jhunt@grblaw.com |
| Jerome B. Blank | |
| | on behalf of Creditor BANK OF AMERICA N.A. jblank@pincuslaw.com |
| Kenneth Steidl | |
| | on behalf of Debtor Richard G. Reiger julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Dana A. Reiger julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren Berschler Karl | |
| | on behalf of Creditor LOANCARE LLC lkarl@rascrane.com, lbkarl03@yahoo.com |
| Michael John Clark | |
| | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. mclark@squirelaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 16