IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-20382 JAD |
|    Richard Reiger | : | |
|    Dana Reiger | : | |
|       Debtor | : | |
| | : | Chapter 13 |
|    Richard Reiger | : | |
|    Dana Reiger | : | |
|       Movant | : | |
| | : | |
|    v. | : | |
| | : | |
|    No Respondents | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 16, 2018, at docket number 40 and 41, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

<u>3/16/2023</u>                                          <u>/s/ Richard Reiger</u>
Date                                                  Debtor

<u>3/16/2023</u>                                          <u>/s/ Dana Reiger</u>
Date                                                 Debtor

Respectfully submitted,

03/21/2023                                        /s/ Kenneth Steidl
DATE                                              Kenneth Steidl, Esquire
                                                  Attorney for the Debtor
                                                  STEIDL & STEINBERG
                                                  707 Grant Street
                                                  Suite 2830, Gulf Tower
                                                  Pittsburgh, PA 15219
                                                  (412) 391-8000
                                                  ken.steidl@steidl-steinberg.com
                                                  PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**