IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Richard G. Reiger ) | Case No. 18-20382 JAD |
| Dana A. Reiger ) | |
|     Debtor ) | Chapter 13 |
| ) | Document No. |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
|     vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, ABS REO Trust V, AT&T Universal Card, ) | |
| Ally, American Express, American Honda Finance, ) | |
| Bank of America, Capital One, Citi, County of ) | |
| Allegheny, Dept. Stores National Bank, Discover Bank, ) | Related to Doc. #95 |
| Discover Financial, Ditech, Duquesne Light CO., Honda ) | |
| Financial, JP Morgan Mortgage, JCPenney, Kohl's, ) | |
| Loancare, Levin Furniture, North Hills School District, ) | |
| PRA Receivables Management, PA Dept. of Revenue, ) | |
| Peoples Natural Gas, Quantum3 Group, Portfolio ) | **DEFAULT O/E JAD** |
| Recovery Assoc., Ross Twp., Sam's Club, Sear, TD ) | |
| Bank USA, Target Card Services, UPMC, UPMC ) | |
| Health Services, Verizon, ) | |
|     Respondents ) | |

### ORDER OF COURT

AND NOW, to-wit this ___5th___ day of ___April___, 2023, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $5,865.00 for work performed in the Chapter 13 case by Debtors' counsel from January 2, 2018, to March 15, 2023.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $800.00

retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,200.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $9,865.00, with the total to be paid through the Plan by the Trustee being up to $9,065.00.00 (representing the $3,200.00 previously approved to be paid (as set forth above), and a remaining amount up to $5,865.00.00 to be paid from funds the Chapter 13 Trustee has on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $5,865.00

_____ sjk
Hon. Jeffery A. Deller
United States Bankruptcy Judge

FILED
4/5/23 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20382-JAD |
| Richard G. Reiger | Chapter 13 |
| Dana A. Reiger | |
|     Debtors | |

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Apr 05, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard G. Reiger, Dana A. Reiger, 311 Blaze Drive, Glenshaw, PA 15116-1011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING as servicer for ABS REO Trust V bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor ABS REO Trust V bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor ABS Loan Trust V bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor North Hills School District jhunt@grblaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 1

Jeffrey R. Hunt
   on behalf of Creditor Ross Township jhunt@grblaw.com

Jerome B. Blank
   on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com

Kenneth Steidl
   on behalf of Debtor Richard G. Reiger julie.steidl@steidl-steinberg.com
   ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Kenneth Steidl
   on behalf of Joint Debtor Dana A. Reiger julie.steidl@steidl-steinberg.com
   ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren Berschler Karl
   on behalf of Creditor LOANCARE  LLC lkarl@rascrane.com, lbkarl03@yahoo.com

Michael John Clark
   on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. mclark@squirelaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 16