**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard G. Reiger**
**Dana A. Reiger**
**fdba Elegant Distributing**
   Debtor(s)

Bankruptcy Case No.: 18−20382−JAD

Chapter: 13
Docket No.: 101 − 100

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of April, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/21/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/23.**

                                                                Jeffery A. Deller
                                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20382-JAD |
| Richard G. Reiger | Chapter 13 |
| Dana A. Reiger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 26, 2023 | Form ID: 408 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard G. Reiger, Dana A. Reiger, 311 Blaze Drive, Glenshaw, PA 15116-1011 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp., C/o Richard M. Squire & Associates, LLC, 115 West Avenue, Suite 104, 115 West Avenue, Suite 104 Jenkintown, PA 19046-2031 |
| 14768062 | | AT&T Univeral Card & Citibank, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14768064 | | Citi, P.O. Box 183067, Columbus, OH 43218-3067 |
| 14768067 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14781466 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14768073 | + | Marlene Bridge, c/o Tarasi & Tarasi, P.C., 510 Third Avenue, Pittsburgh, PA 15219-2107 |
| 14768074 | | North Hills School District, c/o Tax Collector, Sixth Avenue, Pittsburgh, PA 15229 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 26 2023 23:49:00 | LOANCARE, LLC, RAS Crane, LLC, 10700 Abbott'Bridge s Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | North Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | Ross Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14968508 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | ABS REO Trust V, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14770269 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 26 2023 23:50:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14768059 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |

Case 18-20382-JAD    Doc 102    Filed 04/28/23    Entered 04/29/23 00:29:59    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 408 | Total Noticed: 51 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14771916 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14768060 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:44 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14768061 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:09:02 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14796784 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:18 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14768063 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 14808508 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14805066 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:19:27 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14792362 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14768065 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 14801951 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:23 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14768072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:09:05 | Macys, PO Box 4581, Carol Stream, IL 60197-4581 |
| 14983493 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14770957 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14806696 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14768068 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 26 2023 23:50:00 | Honda Financial Services, PO Box 6034, Newark, DE 19714 |
| 15406965 | + | Email/Text: flyersprod.inbound@axisai.com | Apr 26 2023 23:49:00 | J.P. Morgan Mortgage Acquisition Corp., Rushmore Loan Management Services, LLC, PO Box 55004, Irvine , CA 92619-5004 |
| 14768069 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:29 | JCPenney, P.O. Box 960001, Orlando, FL 32896-0001 |
| 14768070 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2023 23:49:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14768071 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:49:00 | Levin Furniture, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 15059124 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 26 2023 23:49:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14792363 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | North Hills School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14809936 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14768955 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14794420 | + | Email/Text: ebnpeoples@grblaw.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14803933 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14792364 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | Ross Township, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14768075 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:29 | Sams Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14768076 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:04 | Sears, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14809309 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14768077 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:49:00 | Target Card Servcies, PO Box 660170, Dallas, TX 75266-0170 |
| 14768078 | ^ | MEBN | Apr 26 2023 23:49:29 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768079 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 26 2023 23:50:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14806378 | ^ | MEBN | Apr 26 2023 23:50:46 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14802577 | | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2023 23:56:21 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ABS Loan Trust V |
| cr | | ABS REO Trust V |
| cr | | BANK OF AMERICA, N.A. |
| cr | | BANK OF AMERICA, N.A. |
| cr | | Ditech Financial LLC |
| cr | | SELECT PORTFOLIO SERVICING as servicer for ABS REO |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14768066 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, P.O. Box 15251, Wilmington, DE 19886 |

TOTAL: 6 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 408 | Total Noticed: 51 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor SELECT PORTFOLIO SERVICING as servicer for ABS REO Trust V bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor ABS REO Trust V bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor ABS Loan Trust V bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor North Hills School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Ross Township jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jerome B. Blank
on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com

Kenneth Steidl
on behalf of Joint Debtor Dana A. Reiger julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Kenneth Steidl
on behalf of Debtor Richard G. Reiger julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren Berschler Karl
on behalf of Creditor LOANCARE  LLC lkarl@rascrane.com, lbkarl03@yahoo.com

Michael John Clark
on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. mclark@squirelaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 16