**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD G. REIGER<br>DANA A. REIGER<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>      vs.<br>No Respondents. | Case No.:18-20382 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

| | |
|---|---|
| April 25, 2023 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/01/2018 and confirmed on 3/19/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 114,071.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 114,071.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,612.77 | |
|    Trustee Fee | 5,206.21 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,818.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ABS REO TRUST V | 0.00 | 7,275.00 | 0.00 | 7,275.00 |
|     Acct: 3655 | | | | |
|   JPMORGAN MORTGAGE ACQUISITION C( | 0.00 | 37,535.40 | 0.00 | 37,535.40 |
|     Acct: 1078 | | | | |
|   JPMORGAN MORTGAGE ACQUISITION C( | 1,251.18 | 1,251.18 | 0.00 | 1,251.18 |
|     Acct: 1078 | | | | |
|   ABS REO TRUST V | 303.97 | 303.97 | 0.00 | 303.97 |
|     Acct: 3655 | | | | |
|   NORTH HILLS SD (ROSS) (RE) | 2,087.57 | 2,087.57 | 805.16 | 2,892.73 |
|     Acct: 9F10 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9F10 | | | | |
|   NORTH HILLS SD (ROSS) (RE) | 444.44 | 444.44 | 0.00 | 444.44 |
|     Acct: 9F10 | | | | |
|   TOWNSHIP OF ROSS - SEWAGE | 888.02 | 888.02 | 342.43 | 1,230.45 |
|     Acct: 9F10 | | | | |
|   ROSS TOWNSHIP (RE) | 332.10 | 332.10 | 128.19 | 460.29 |
|     Acct: 9F10 | | | | |
|   ROSS TOWNSHIP (RE) | 57.25 | 57.25 | 0.00 | 57.25 |
|     Acct: 9F10 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 18,276.64 | 18,276.64 | 4,864.40 | 23,141.04 |
|     Acct: 0476 | | | | |
| | | | | 74,591.75 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD G. REIGER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,612.77 | 4,612.77 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX5/23 | | | | |
|   ALLY BANK LEASE TRUST | 19,736.40 | 19,736.40 | 0.00 | 19,736.40 |
|     Acct: 1544 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 19,736.40 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 16,636.21 | 499.09 | 0.00 | 499.09 |
|     Acct: 1009 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 15,273.55 | 458.21 | 0.00 | 458.21 |
|     Acct: 1007 | | | | |
|   CITIBANK/UNIVERSAL CARD SVCS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2657 | | | | |
|   CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5959 | | | | |
|   DISCOVER BANK(*) | 13,987.76 | 419.63 | 0.00 | 419.63 |
|     Acct: 9873 | | | | |
|   DISCOVER BANK(*) | 12,806.41 | 384.19 | 0.00 | 384.19 |
|     Acct: 2149 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,252.31 | 127.57 | 0.00 | 127.57 |
|     Acct: 3460 | | | | |
|   CAPITAL ONE NA** | 3,245.79 | 97.37 | 0.00 | 97.37 |
|     Acct: 8181 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,513.79 | 45.41 | 0.00 | 45.41 |
|     Acct: 8388 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,979.78 | 59.39 | 0.00 | 59.39 |
|     Acct: 8750 | | | | |
|   MARLENE A BRIDGE | 137,874.80 | 4,136.24 | 0.00 | 4,136.24 |
|     Acct: | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,277.49 | 68.32 | 0.00 | 68.32 |
|     Acct: 1587 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,664.53 | 109.94 | 0.00 | 109.94 |
|     Acct: 2163 | | | | |
|   TD BANK USA NA** | 15,950.64 | 478.52 | 0.00 | 478.52 |
|     Acct: 5023 | | | | |
|   UPMC HEALTH SERVICES | 256.25 | 7.69 | 0.00 | 7.69 |
|     Acct: 2140 | | | | |
|   UPMC HEALTH SERVICES | 185.30 | 5.56 | 0.00 | 5.56 |
|     Acct: 0355 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 351.93 | 10.56 | 0.00 | 10.56 |
|     Acct: 5782 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 77.91 | 2.34 | 0.00 | 2.34 |
|     Acct: 0001 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 301.37 | 9.04 | 0.00 | 9.04 |
|     Acct: 7344 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 160.15 | 4.80 | 0.00 | 4.80 |
|     Acct: 0622 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8750 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8388 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |

18-20382 JAD                                                                                              Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | 6,923.87 |
| | | | | | |
| **TOTAL PAID TO CREDITORS** | | | | | **101,252.02** |
| TOTAL CLAIMED | | | | | |
| PRIORITY | 19,736.40 | | | | |
| SECURED | 23,641.17 | | | | |
| UNSECURED | 230,795.97 | | | | |

Date: 04/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD G. REIGER
DANA A. REIGER
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:18-20382 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-20382-JAD
Richard G. Reiger     Chapter 13
Dana A. Reiger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Apr 26, 2023     Form ID: pdf900     Total Noticed: 51

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard G. Reiger, Dana A. Reiger, 311 Blaze Drive, Glenshaw, PA 15116-1011 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp., C/o Richard M. Squire & Associates, LLC, 115 West Avenue, Suite 104, 115 West Avenue, Suite 104 Jenkintown, PA 19046-2031 |
| 14768062 | | AT&T Univeral Card & Citibank, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14768064 | | Citi, P.O. Box 183067, Columbus, OH 43218-3067 |
| 14768067 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14781466 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14768073 | + | Marlene Bridge, c/o Tarasi & Tarasi, P.C., 510 Third Avenue, Pittsburgh, PA 15219-2107 |
| 14768074 | | North Hills School District, c/o Tax Collector, Sixth Avenue, Pittsburgh, PA 15229 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 26 2023 23:49:00 | LOANCARE, LLC, RAS Crane, LLC, 10700 Abbott'Bridge s Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | North Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | Ross Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14968508 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | ABS REO Trust V, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14770269 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 26 2023 23:50:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14768059 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |

Case 18-20382-JAD   Doc 103   Filed 04/28/23   Entered 04/29/23 00:29:59   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 51 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14771916 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14768060 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:19:17 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14768061 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:44 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14796784 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 23:56:40 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14768063 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 14808508 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14805066 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:09:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14792362 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14768065 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 14801951 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:22 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14768072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:09:05 | Macys, PO Box 4581, Carol Stream, IL 60197-4581 |
| 14983493 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14770957 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14806696 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14768068 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 26 2023 23:50:00 | Honda Financial Services, PO Box 6034, Newark, DE 19714 |
| 15406965 | + | Email/Text: flyersprod.inbound@axisai.com | Apr 26 2023 23:49:00 | J.P. Morgan Mortgage Acquisition Corp., Rushmore Loan Management Services, LLC, PO Box 55004, Irvine , CA 92619-5004 |
| 14768069 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:13 | JCPenney, P.O. Box 960001, Orlando, FL 32896-0001 |
| 14768070 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2023 23:49:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14768071 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:49:00 | Levin Furniture, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 15059124 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 26 2023 23:49:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14792363 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | North Hills School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14809936 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14768955 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:55:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14794420 | + | Email/Text: ebnpeoples@grblaw.com | | |

Case 18-20382-JAD   Doc 103   Filed 04/28/23   Entered 04/29/23 00:29:59   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 51 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14803933 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14792364 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | Ross Township, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14768075 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:29 | Sams Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14768076 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:08 | Sears, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14809309 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14768077 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:49:00 | Target Card Servcies, PO Box 660170, Dallas, TX 75266-0170 |
| 14768078 | ^ | MEBN | Apr 26 2023 23:49:31 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14768079 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 26 2023 23:50:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14806378 | ^ | MEBN | Apr 26 2023 23:50:46 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14802577 | | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2023 23:56:37 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ABS Loan Trust V |
| cr | | ABS REO Trust V |
| cr | | BANK OF AMERICA, N.A. |
| cr | | BANK OF AMERICA, N.A. |
| cr | | Ditech Financial LLC |
| cr | | SELECT PORTFOLIO SERVICING as servicer for ABS REO |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14768066 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, P.O. Box 15251, Wilmington, DE 19886 |

TOTAL: 6 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 51

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING as servicer for ABS REO Trust V bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor ABS REO Trust V bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor ABS Loan Trust V bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor North Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Ross Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor BANK OF AMERICA N.A. jblank@pincuslaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Dana A. Reiger julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Richard G. Reiger julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren Berschler Karl | on behalf of Creditor LOANCARE LLC lkarl@rascrane.com, lbkarl03@yahoo.com |
| Michael John Clark | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 16