# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN (PITTSBURGH) DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Dana A. Reiger fdba Elegant Distributing**<br>    **Richard G. Reiger**<br>              **Debtor(s)** | **BK NO. 18-20382 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 24** |
| **ABS Loan Trust V**<br>              **Movant**<br>  **vs.** | |
| **Dana A. Reiger fdba Elegant Distributing**<br>**Richard G. Reiger**<br>              **Debtor(s)** | |
| **Ronda J. Winnecour**,<br>              **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 4, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Dana A. Reiger fdba Elegant Distributing
311 Blaze Drive
Glenshaw, PA 15116

Richard G. Reiger
311 Blaze Drive
Glenshaw, PA 15116

<u>Attorney for Debtor(s)</u>

Kenneth Steidl, Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>January 4, 2023</u>

        **/s/Brian C. Nicholas Esquire**
        Brian C. Nicholas Esquire
        Attorney I.D. 317240
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        412-430-3594
        bnicholas@kmllawgroup.com